262

767 A.2d 547

**William WAGSTAFF, Individually and d/b/a Wagstaff's Auto Repair, Appellant**

v.

**The MORNING CALL, INC. and Kristin Casler, Appellees.**

Supreme Court of Pennsylvania.

Argued Jan. 30, 2001.

Decided Feb. 16, 2001.

Reargument Denied April 9, 2001.

Victor N. Lea, Allentown, for appellant William Wagstaff.

Malcolm J. Gross, Allentown, for appellees Morning Call and Kristin Casler.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and SAYLOR, JJ.

## *O R D E R*

PER CURIAM

Appeal dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.